ORIGINAL

Mitchell J. Popham (SBN: 126194)
mpopham@lockelord.com
Susan J. Welde (SBN: 205401)
swelde@lockelord.com
**LOCKE LORD BISSELL & LIDDELL LLP**
300 South Grand Avenue, Eighth Floor
Los Angeles, CA 90071-3119
213.485.1500

Attorneys for Defendant
**GREAT AMERICAN
LIFE INSURANCE COMPANY**

FILED
2007 OCT 29 PM 3:10
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

BY FAX

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE BECK, an Individual, <br><br> Plaintiff, <br><br> vs. <br><br> GREAT AMERICAN LIFE INSURANCE COMPANY, an Ohio Corporation; and DOES 1 through 20, Inclusive, <br><br> Defendants. | CASE NO. '07 CV 2055 JM POR <br><br> **NOTICE OF RELATED CASES** |

Defendant Great American Life Insurance Company's attorneys hereby provide notice as required under Local Rule 40.1(e) of related cases previously filed or currently pending in the Southern District of the United States District Court for California or any other federal or state court.

///
///
///
///
///
///

1
[NOTICE OF RELATED CASES]

1  To the best of our knowledge and belief, there are no related cases to this action
2  as defined in Local Rule 40.1(f).

3

4  Dated: October 29, 2007

Respectfully submitted,

LOCKE LORD BISSELL & LIDDELL LLP

By: /s/ Susan Welde
Mitchell J. Popham
Susan J. Welde
Attorneys For Defendant **GREAT AMERICAN LIFE INSURANCE COMPANY**

Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Eighth Floor
Los Angeles, CA 90071-3119

2
[NOTICE OF RELATED CASES]

STATE OF CALIFORNIA       )                                    **PROOF OF SERVICE**
COUNTY OF LOS ANGELES  ) ss.

       I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, Eighth Floor, Los Angeles, CA 90071-3119. On October 29, 2007, I served the foregoing document described as:

**NOTICE OF RELATED CASES**

on the parties or attorneys for parties in this action who are identified on the attached service list, using the following means of service. (If more than one means of service is checked, the means of service used for each party is indicated on the attached service list).

\_\_\_\_\_  **BY PERSONAL SERVICE.** I placed \_\_ the original or \_\_ a true copy of the foregoing document in sealed envelopes individually addressed to each of the parties on the attached service list, and caused such envelope to be delivered by hand to the offices of each addressee.

\_\_\_\_\_  **BY FACSIMILE TRANSMISSION.** I caused \_\_ the original or \_\_ a true copy of the foregoing document to be transmitted to each of the parties on the attached service list at the facsimile machine telephone number as last given by that person on any document which he or she has filed in this action and served upon this office.

**X**  **BY MAIL.** I placed \_\_ the original or **X** a true copy of the foregoing document in a sealed envelope individually addressed to each of the parties on the attached service list, and caused each such envelope to be deposited in the mail at 300 South Grand Avenue, Eighth Floor, Los Angeles, CA 90071-3119. Each envelope was mailed with postage thereon fully prepaid. I am readily familiar with this firm's practice of collection and processing of correspondence for mailing. Under that practice, mail is deposited with the United States Postal Service the same day that is it collected in the ordinary course of business.

\_\_\_\_\_  **BY E-MAIL.** I caused the foregoing document(s) to be transmitted by e-mail electronic transmission to the e-mail address on the attached service list as last given by that person on any document which he or she has filed in this action and served upon this office.

\_\_\_\_\_  **BY EXPRESS MAIL.** I placed \_\_ the original or \_\_ a true copy of the foregoing document in a sealed envelope individually addressed to each of the parties on the attached service list, and caused such envelope or package to be deposited in the mail at 300 South Grand Avenue, Eighth Floor, Los Angeles, CA 90071-3119. Each envelope was mailed with Express Mail postage thereon fully prepaid. I am readily familiar with this firm's practice of collection and processing of correspondence for mailing. Under that practice, mail is deposited with the United States Postal Service the same day that it is collected in the ordinary course of business.

\_\_\_\_\_  **BY FEDERAL EXPRESS.** I placed \_\_ the original or \_\_ a true copy of the foregoing document in a sealed envelope or package designated by Federal Express with delivery fees paid or provided for, individually addressed to each of the parties on the attached service list, and caused such envelope or package to be delivered at 300 South Grand Avenue, Eighth Floor, Los Angeles, CA 90071-3119, to an authorized courier or driver authorized by Federal Express to receive documents.

\_\_\_\_\_  **(State)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**X**  **(Federal)** I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

Executed on October 29, 2007, at Los Angeles, California.

                                                            _____
                                                                  GRISELDA MAYORGA

## BECK v. GREAT AMERICAN LIFE INSURANCE COMPANY

<u>Service List</u>

**Attorney for Plaintiff CATHERINE BECK**

William E. O'Nell, Esq.
LAW OFFICE OF WILLIAM E. O'NELL
101 West Broadway, Suite 810
San Diego, California 92101
Tel:   619.702.7636
Fax:   619.702.7639