Mitchell J. Popham (SBN: 126194)
mpopham@lockelord.com
Susan J. Welde (SBN: 205401)
swelde@lockelord.com
**LOCKE LORD BISSELL & LIDDELL LLP**
300 South Grand Avenue, Eighth Floor
Los Angeles, CA 90071-3119
213.485.1500

Attorneys for Defendant
**GREAT AMERICAN
LIFE INSURANCE COMPANY**

FILED
07 OCT 30 PM 4:16
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

BY FAX

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE BECK, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>GREAT AMERICAN LIFE INSURANCE COMPANY, an Ohio Corporation; and DOES 1 through 20, Inclusive,<br><br>Defendants. | CASE NO. 07 CV 2055 JM POR<br><br>**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** |

Griselda Mayorga certifies and declares as follows:

I am over the age of 18 years and not a party to this action.

My business address is 300 South Grand Avenue, Eighth Floor, Los Angeles, California 90071, which is located in the city, county and state where the mailing described below took place.

On October 30, 2007, I deposited in the United States Mail at Los Angeles, California, a copy of the document entitled NOTICE TO PLAINTIFF CATHERINE BECK OF REMOVAL TO FEDERAL COURT in an envelope addressed to counsel of record for plaintiff Catherine Beck as indicated on the attached service list.

///

1
[CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT]

1  I declare under penalty of perjury that the foregoing is true and correct.
2  Executed on October 30, 2007, in the United States of America in Los Angeles,
3  California.

By _____
Griselda Mayorga

2
[CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT]

## SERVICE LIST

William E. O'Nell, Esq.
Law Office of William E. O'Nell
101 West Broadway, Suite 810
San Diego, CA 92101
Telephone: (619) 702-7636
Facsimile: (619) 702-7639

Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Eighth Floor
Los Angeles, CA 90071-3119

3

[CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT]