UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE BECK, an individual,,<br><br>Plaintiff,<br><br>v.<br><br>GREAT AMERICAN LIFE INSURANCE COMPANY, an Ohio Corporation; and DOES 1 through 20, inclusive,,<br><br>Defendant. | Civil No.   07cv2055-JM(POR)<br><br>**ORDER RESCHEDULING EARLY NEUTRAL EVALUATION** |

On November 20, 2007, counsel for both parties contacted the Court requesting that the Early Neutral Evaluation scheduled for December 7, 2007 be rescheduled due to a calendaring conflict. Based on discussions with counsel and their stipulation, the Court hereby reschedules the Early Neutral Evaluation for **December 13, 2007** at **10:00 a.m.** in Judge Porter's chambers.

**IT IS SO ORDERED.**

DATED: November 27, 2007

_____
LOUISA S PORTER
United States Magistrate Judge

cc: The Honorable Jeffrey T. Miller
   all parties