UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE BECK, an individual,,<br><br>Plaintiff,<br><br>v.<br><br>GREAT AMERICAN LIFE INSURANCE COMPANY, an Ohio Corporation; and DOES 1 through 20, inclusive,,<br><br>Defendant. | Civil No.   07cv2055-JM(POR)<br><br>**ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |

On December 13, 2008, the Court held an Early Neutral Evaluation. Appearing before the Court were William O'Nell, counsel for Plaintiff; Plaintiff Catherine Beck; Mitch Popham, counsel for Defendant; and William Gacmon, a representative of Defendant. The case settled. Accordingly, IT IS HEREBY ORDERED:

1. A Joint Motion for Dismissal shall be submitted to the Honorable Jeffrey T. Miller on or before **January 16, 2008.** A courtesy copy shall be delivered to the chambers of the Honorable Louisa S Porter by fax to (619) 702-9925 or email to efile_porter@casd.uscourts.gov.

2. If a Joint Motion for Dismissal is not submitted on or before January 16, 2008, then a Settlement Disposition Conference shall be held on **January 17, 2008,** at **9:30 a.m.** before Judge Porter. The conference shall be <u>telephonic</u>, with <u>attorneys only</u>. Defendant's counsel shall initiate and coordinate the conference call.

3. If a Joint Motion for Dismissal is received on or before January 16, 2008, the Settlement Disposition Conference shall be VACATED without further court order.

DATED: December 14, 2007

_____
LOUISA S PORTER
United States Magistrate Judge

cc: The Honorable Jeffrey T. Miller
    all parties