Mitchell J. Popham (SBN: 126194)
mpopham@lockelord.com
Susan J. Welde (SBN: 205401)
swelde@lockelord.com
**Locke Lord Bissell & Liddell LLP**
300 South Grand, Suite 800
Los Angeles, CA 90071-3119
213.485.1500

Attorneys for Defendant
**GREAT AMERICAN
LIFE INSURANCE COMPANY**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE BECK,<br><br>                Plaintiff,<br><br>vs.<br><br>GREAT AMERICAN LIFE INSURANCE COMPANY, an Ohio Corporation; and DOES 1-20, Inclusive<br><br>                Defendants. | CASE NO. 07 CV 2055-JM (POR)<br><br>**STIPULATION FOR DISMISSAL; [PROPOSED] ORDER THEREON** |

      The parties having reached a settlement of the instant dispute, it is hereby stipulated by and between the parties to this action through their designated counsel that the above-captioned action, including the complaint, be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a).

      Each party will bear her or its own costs and attorney's fees incurred in connection with the above-captioned lawsuit, the claims released, and the negotiation and memorialization of any agreement.

///

///

///

| | | |
|---|---|---|
| 1 | Dated: 1/15/08 | LAW OFFICE OF WILLIAM E. O'NELL |
| 2 | | |
| 3 | | By: /s/ William E. O'Nell |
| 4 | | William E. O'Nell, Esq. |
| 5 | | Attorney For Plaintiff CATHERINE BECK |
| 6 | Dated: 1/14/08 | LOCKE LORD BISSELL & LIDDELL |
| 7 | | |
| 8 | | By: /s/ Mitchell J. Popham |
| 9 | | MITCHELL J. POPHAM |
| 10 | | Attorney For Defendant GREAT AMERICAN LIFE INSURANCE COMPANY |

Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Eighth Floor
Los Angeles, CA, 90071-3119

**ORDER**

This action is herewith dismissed with prejudice by way of the stipulation of the parties submitted pursuant to Federal Rules of Civil Procedure Rule 41(a)(1). Each party will bear her or its own costs and attorney's fees incurred in connection with the above-captioned lawsuit. All pending calendar dates are vacated.

Dated: _____

                                                                    _____
                                                                    Honorable Jeffrey T. Miller
                                                                    Judge of the District Court

LA 591149v.1

Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Eighth Floor
Los Angeles, CA, 90071-3119