William E. O'Nell, Esq. (185756)
**LAW OFFICE OF WILLIAM E. O'NELL**
101 West Broadway, Suite 810
San Diego, CA 92101
Telephone: (619) 702-7636
Facsimile: (619) 702-7639
Email: william@weolaw.com

Attorney for Plaintiff CATHERINE BECK

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CATHERINE BECK, an Individual,<br><br>        Plaintiff,<br><br>vs.<br><br>GREAT AMERICAN LIFE INSURANCE COMPANY, an Ohio Corporation; and DOES 1-20, Inclusive,<br><br>        Defendants. | CIVIL NO.:  07cv2055-JM (POR)<br><br>**CERTIFICATE OF SERVICE** |

   I am employed in the County of San Diego, State of California.  I am over the age of 18 years and not a party to the within action; my business address is:  101 West Broadway, Suite 810, San Diego, CA  92101.

   On January 15, 2008, I caused to be served the following document(s) described as: **STIPULATION FOR DISMISSAL; [PROPOSED] ORDER THEREON**, on parties in said action.

| | |
|---|---|
| Mitchell J. Popham, Esq. (SBN126194)<br>mpopham@lockelord.com<br>Susan J. Welde, Esq. (SBN205401)<br>swelde@lockelord.com<br>**LOCKE LORD BISSELL & LIDDELL, LLP**<br>300 S Grand, Suite 800<br>Los Angeles, CA 90071-3119<br>Tel: (213) 485-1500 | Attorneys for Defendant **GREAT AMERICAN LIFE INS. CO.** |

1  **(X)   BY ELECTRONIC SUBMISSION:** I caused the attorney(s) on the service list to be served electronically via the Court's electronic filing system per local Rule 5.4 and notice given to all parties.

2  **( )   BY MAIL:** I am readily familiar with the business' practice of collection and processing correspondence for mailing. Under that practice, all mail is deposited with the U.S. Postal Service on the same day with postage thereon, fully pre-paid at San Diego, California, in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if the postage meter date is more than one day after the date of deposit for mailing in the affidavit.

3  **( )   BY PERSONAL SERVICE:** I caused to be hand-delivered said document(s) to the addressee pursuant to Code of Civil Procedure § 1011.

4  **( )   BY OVERNIGHT DELIVERY:** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the above addresses. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

5  **( )   BY FACSIMILE TRANSMISSION:** I faxed the documents to the persons at the above fax number(s). No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

Executed on January 15, 2008, at San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/ William E. O'Nell
William E. O'Nell, Esq.

2   *Beck v. Great American Life Ins. Co.*