# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE BECK,<br><br>                        Plaintiff,<br>   vs.<br>GREAT AMERICAN LIFE INSURANCE COMPANY, et al.,<br><br>                        Defendants. | CASE NO. 07 CV 2055 JM (POR)<br><br>**ORDER DISMISSING WITH PREJUDICE** |

This action is herewith dismissed with prejudice by way of the stipulation of the parties submitted pursuant to Federal Rules of Civil Procedure Rule 41(a)(1).  Each party will bear that party's own costs and attorneys' fees incurred in connection with the above-captioned lawsuit.  All pending calendar dates are vacated.

**IT IS SO ORDERED.**

DATED: January 22, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:       All parties

- 1 -

07cv2055